ALFRED A. KAHN, Appellant, v. MARION KAHN, Respondent.— Order dismissing complaint for insufficiency affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Young, Hagarty, Carswell and Tompkins, JJ., concur.

LORMAN J. KELLY, Respondent, v. PENNSYLVANIA RAILROAD COMPANY, Appellant.— Judgment reversed upon the law and the facts and a new trial granted, costs to abide the event, because of error committed at folios 968 and 969. Lazansky, P. J., Kapper and Tompkins, JJ., concur; Young and Hagarty, JJ., dissent and vote to affirm.

LOUIS N. LECHNER, Respondent, v. CELIA LECHNER, Appellant.— Order reversed upon the law and the facts, without costs, and motion granted to the extent of providing that, beginning January 26, 1931, plaintiff pay defendant, for doctors' and hospital bills (the amount of which this court fixes at $375), the sum of $25 a week for fifteen weeks, making a total of $375, in addition to the payment of $25 a week now being made. We are of opinion that the facts warrant an award as above stated in light of the circumstances of the parties. No facts otherwise justifying an increase in alimony are presented. The action should be brought on for trial as speedily as possible. Lazansky, P. J., Hagarty, Carswell, Scudder and Tompkins, JJ., concur.

FRANK MONACHELLI, Respondent, Appellant, v. MORRISANIA DAIRY Co., INC., Appellant, Respondent.— Order denying plaintiff's motion to have the court pass upon supplemental findings of fact and conclusions of law upon a phase of the case not covered by the original decision of the court, which motion was made after the judgment had been vacated, reversed upon the law and the facts, with ten dollars costs and disbursements, and motion granted, with ten dollars costs, to the extent of assessing, for the loss of rental value, damages in the amount of $1,275. The judgment is modified accordingly by incorporating therein this added assessment of damages, and as so modified unanimously affirmed, without costs. New findings and conclusions will be made to sustain the judgment as modified. The court was not without power to make supplemental findings of fact and conclusions of law with respect to matters not covered by the original decision, at a time when, because of the fact that the judgment theretofore entered had been vacated as being unauthorized by the decision in the case, no judgment had been made or entered. A different situation would have existed if the proposed findings were inconsistent with, or affected the validity of, the findings of fact and conclusions of law contained in the original decision. Judgment, in so far as appealed from by defendant, unanimously affirmed, with costs to plaintiff. No opinion. Present — Lazansky, P. J., Kapper, Carswell, Scudder and Tompkins, JJ. Settle order on notice.